UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEGASO DEVELOPMENT INC.,                              :

                          Plaintiff,   :

              v.                              :

MORIAH EDUCATION MANAGEMENT :
LP AND MORIAH SOFTWARE
MANAGEMENT LP,                                        :

                      Defendants.  :
------------------------------------------------------X

**ORDER**

19-CV-7787 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, dated February 14, 2020, the plaintiff requested a pre-motion conference concerning a discovery dispute related "to Rule 30(b)(6) depositions Pegaso seeks of each Defendant about the factual basis" for the defendants' defenses. Docket Entry No. 34. By a letter, dated February 21, 2020, the defendants requested a pre-motion conference to compel the plaintiff to identify the individual, "referenced in an email from Pegaso's principal George Papazoglou as his 'Greek friend,'" and provide "his last known address and all relevant communications." Docket Entry No. 35. On February 26, 2020, the parties informed the Court about the anticipated settlement of certain claims, contending that, "once the settlement of the MSM claims are [sic] resolved, the remaining issues will be significantly narrowed." Docket Entry No. 38.

      The parties shall meet and confer in good faith and in a meaningful way to attempt to resolve without the Court's assistance any discovery dispute(s) remaining "once the settlement of the MSM claims are [sic] resolved." If the meet-and-confer in connection with any remaining discovery dispute(s) does not result in a resolution of the dispute(s), the parties shall file a joint

letter, no longer than two pages including any exhibits, commencing with a short and concise paragraph identifying each party's proposed solution to the dispute(s) and the reason(s) for rejecting any proposed solution(s), supported by legal authority. Any future discovery dispute between the parties must be raised with the Court in a joint letter, no longer than four pages including any exhibits, commencing with a short and concise paragraph that identifies each party's proposal to resolve the dispute and the reason(s) for rejecting any proposal, supported by legal authority. The parties are on notice that any pre-motion letter requesting a conference concerning a discovery dispute in the future that does not comply with the above requirements will be denied automatically.

In light of the parties' anticipated settlement of certain claims and their joint contention that "once the settlement of the MSM claims are [sic] resolved, the remaining issues will be significantly narrowed," the parties' respective requests for a pre-motion conference, Docket Entry Nos. 34 and 35, are denied.

Dated: New York, New York
      February 28, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE