USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEGASO DEVELOPMENT INC.,

                Plaintiff,

-against-

MORIAH EDUCATION MANAGEMENT LP AND MORIAH SOFTWARE MANAGEMENT LP,

                Defendants.

19 Civ. 7787 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for March 24, 2020 is ADJOURNED to **April 16, 2020**, at **11:20 a.m.** By **April 9, 2020**, the parties shall submit their joint status letter.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                          ANALISA TORRES
                               United States District Judge