USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEGASO DEVELOPMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORIAH EDUCATION MANAGEMENT LP AND MORIAH SOFTWARE MANAGEMENT LP, <br><br> Defendants. | CIVIL ACTION NO. 19-cv-7787 <br><br> **STIPULATED JUDGMENT AS TO COUNT I** |

As of March 17, 2020, Moriah Education Management, LP and Moriah Education Management, LLC (collectively, "Debtors") are, jointly and severally, indebted to Pegaso Development Inc. in the amount of $2,758,567.13 with interest continuing to accrue. Debtors have waived all defenses to the enforcement of this obligation and agreed to the entry of this Stipulated Judgment against them.

As such, and determining that there is no just reason for delay, it is hereby ORDERED that judgment as to Count I of the complaint in the above-captioned action is entered in favor of Pegaso Development Inc. and against Debtors, jointly and severally, in the amount of $2,758,567.13 plus any interest that has accrued and will accrue each day following March 17, 2020.

SO ORDERED.

Dated: April 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge