UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEGASO DEVELOPMENT INC.,

                Plaintiff,

-against-

MORIAH EDUCATION MANAGEMENT LP AND MORIAH SOFTWARE MANAGEMENT LP,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020_

19 Civ. 7787 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Court's orders at ECF Nos. 45 and 46, the case management conference scheduled for April 16, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                    ANALISA TORRES
                               United States District Judge