UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEGASO DEVELOPMENT INC.,

                      Plaintiff,

   -against-                                        ORDER

MORIAH EDUCATION MANAGEMENT            19 CV 7787 (AT) (KNF)
LP and MORIAH SOFTWARE
MANAGEMENT LP,
                     Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The application for an enlargement of time, to October 7, 2020, for Spiro Harrison to respond to the plaintiff's subpoena, Docket Entry No.88, is granted.

Dated:  New York, New York                   SO ORDERED:
           October 4, 2020

                                                           _____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE