```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEGASO DEVELOPMENT INC.,            :

                Plaintiff,          :
                                                    ORDER
         v.                         :
                                           19-CV-7787 (AT) (KNF)
MORIAH EDUCATION MANAGEMENT         :
LP AND MORIAH SOFTWARE
MANAGEMENT LP,                      :

                Defendants.         :
------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On September 30, 2020, Spiro Harrison requested "a one-week extension of time for Spiro Harrison to file its opposition to the motion to compel. The original due date of the opposition is September 30, 2020." Docket Entry No. 88. The Court granted the request enlarging time to October 7, 2020, for Spiro Harrison to respond to the plaintiff's motion. Docket Entry No. 89. On October 5, 2020, the defendants and "non-parties Moriah Education Management LLC," Black Dolphin Capital Management, LLC and Greg Zilberstein, who are all represented by Spiro Harrison, requested "a conference with the Court to address various ongoing discovery matters between the parties and the turnover motion filed by plaintiff" and "to request a stay of Plaintiff's pending motion to compel Spiro Harrison's compliance with a subpoena." Docket Entry No. 90.

The movants failed to comply with Rule 2A of the Court's Individual Rules of Practice requiring that discovery-related matters be raised by a joint letter no longer than two pages, despite the Court's caution to the parties that failing to comply with applicable rules may result in the denial of requested relief with prejudice. See Docket Entry No. 83. Moreover, the

movants did not show that they have standing to move with respect to the motion not directed at them and the Court already issued an order in connection with the plaintiff's turnover motion, see Docket Entry No. 83, with which the parties must comply, as no motion for reconsideration of that order has been made.  Accordingly, the request for a conference, Docket Entry No. 90, is denied with prejudice.

Dated:  New York, New York  
        October 7, 2020

SO ORDERED:

_Kevin Nathaniel Fox_  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE