UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEGASO DEVELOPMENT INC.,

                      Plaintiff,  :

                          v.             :

MORIAH EDUCATION MANAGEMENT  :
LP AND MORIAH SOFTWARE
MANAGEMENT LP,                       :

                     Defendants.  :
------------------------------------------------------X

**ORDER**

19-CV-7787 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On September 17, 2020, the Court ordered, <u>inter</u> <u>alia</u>, that "the parties shall have 60 days from the date of this order to conduct discovery limited to 'the liquidation of the AnswerNet Note and the transfer of funds to Spiro Harrison.'" Docket Entry No. 83. Moriah Education Management LLC made a cross-motion for authorization to pay the proceeds of the AnswerNet note to the plaintiff, Docket Entry No. 92, arguing that granting its cross-motion will moot any post-September 17, 2020 order discovery served on them by the plaintiff. Moriah Education Management LLC and nonparties Black Dolphin Capital Management, LLC and Greg Zilberstein ("the movants") requested "an extension of the November 16, 2020 deadline until two weeks after the Court resolves the mootness issue," Docket Entry No. 103, which the plaintiff opposed. Moriah Education Management LLC's cross- motion was granted, and the Court found that discovery ordered to be conducted in the September 17, 2020 order was not moot. <u>See</u> Docket Entry No. 107. The movants shall provide the discovery at issue, requested by the plaintiff following the September 17, 2020

order, on or before December 10, 2020.

Dated: New York, New York
December 3, 2020

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE