```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEGASO DEVELOPMENT INC.,

          Plaintiff,

-against-

MORIAH EDUCATION MANAGEMENT LP AND MORIAH SOFTWARE MANAGEMENT LP,

          Defendants.

19 Civ. 7787 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court hereby REOPENS the case and VACATES the Order of Dismissal at ECF No. 151, which was filed in error. The judgment entered at ECF No. 46 stands.

    Upon reopening the case and vacating the Order of Dismissal, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 152 and close the case. Any request for leave to seek a post-judgment remedy in connection with this matter may be made by application on this docket.

    SO ORDERED.

Dated: November 27, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge