UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PEGASO DEVELOPMENT INC.,

                Plaintiff,

-against-

MORIAH EDUCATION MANAGEMENT
LP AND MORIAH SOFTWARE
MANAGEMENT LP,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2024
```

19 Civ. 7787 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Per the Court's order at ECF No. 154, the Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: December 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge